849 F.2d 605
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Bernay HALSEY, Jr., a minor by Bernay HALSEY, Sr. and Brenda
Halsey; Johnny Allen, Jr., a minor by Johnny Allen, Sr. and
Dorothy Allen; Calvis Jefferies, a minor by Minnie
Jefferies, Plaintiffs-Appellants,
v.
CHEROKEE COUNTY SCHOOL DISTRICT NO. 1; Board of Trustees
Cherokee County School District No. 1; Richard Weaver,
Detective, individually and in his official capacity; Joyce
Patterson, individually and in her official capacity; Joe
E. Perrin, Sr., individually and in his official capacity as
a member of the Board of Trustees, Cherokee County School
District No. 1; Gloria G. Rosemond, individually and in her
official capacity as a member of the Board of Trustees,
Cherokee County School District No. 1; Walter J. Smith,
individually and in his official capacity as a member of the
Board of Trustees, Cherokee County School District No. 1;
Larry W. Bostic, individually and in his official capacity
as a member of the Board of Trustees, Cherokee County School
District No. 1; J. Arthur Bridges, Jr., individually and in
his official capacity as a member of the Board of Trustees,
Cherokee County School District No. 1; Clarence J.
Huffstetler, individually and in his official capacity as a
member of the Board of Trustees, Cherokee County School
District No. 1; Jerry W. McDaniel, individually and in his
official capacity as a member of the Board of Trustees,
Cherokee County School District No. 1; Joe Dean Spencer,
individually and in his official capacity as a member of the
Board of Trustees, Cherokee County School District No. 1;
Danny W. Stacy, individually and in his official capacity as
a member of the Board of Trustees, Cherokee County School
District No. 1; John E. Ewing, individually and in his
official capacity as Superintendent, Cherokee County School
District No. 1; James D. Patterson, individually and in his
official capacity as Principal East Junior High School
Cherokee County School District No. 1; William A.
Cleveland, Jr., individually and in his official capacity as
Assistant Principal Gaffney Senior High School Cherokee
County School District No. 1; Albert Eads, individually and
in his official capacity as Principal Gaffney High School
Cherokee County School District; Jimmy N. Scates,
individually and in his official capacity as Chief of
Police, City of Gaffney, County of Cherokee, State of South
Carolina; James T. Love, individually and in his official
capacity as Municipal Judge, City of Gaffney, County of
Cherokee, State of South Carolina, unnamed and unknown
employees and agents of Cherokee County School District No.
1, unnamed and unknown employees, agents and assigns of the
City of Gaffney, County of Cherokee, State of South
Carolina, and the County of Cherokee, South Carolina,
Defendants-Appellees.
 No. 87-2655.
 United States Court of Appeals, Fourth Circuit.
 Argued: May 5, 1988.
Decided: June 1, 1988.
 
 James Arthur Cheek, for appellants.
 William U. Gunn (Holcombe, Bomar, Wynn & Gunn, on brief); Jack D. Griffeth (Love, Thornton, Arnold & Thomason, on brief); Ronald H. Colvin (Hines, Colvin & Wolfe, on brief), for appellees.
 Before K.K. HALL and WILKINS, Circuit Judges, and ROBERT R. MERHIGE, Jr., Senior United States District Judge for the Eastern District of Virginia, sitting by designation.
 PER CURIAM:
 
 
 1
 Bernay Halsey, Jr., Johnny Allen, Jr., and Calvis Jefferies, three black South Carolina minors, brought this 42 U.S.C. Sec. 1983 action alleging racial discrimination resulting in unlawful school discipline and prosecution. The district court denied plaintiffs' motions to amend their complaint to add a cause of action for violations of the preclearance requirements of the Voting Rights Act of 1965, 42 U.S.C. Sec. 1973c, and for class certification. The court then granted summary judgment in favor of all defendants. A review of the record, the briefs, and oral argument discloses that this appeal is utterly without merit. Finding no error, we affirm.
 
 
 2
 AFFIRMED.